Randall T. Garteiser
 California Bar No. 231821
 rgarteiser@ghiplaw.com
Christopher A. Honea
 California Bar No. 232473
 chonea@ghiplaw.com
**GARTEISER HONEA**
 119 W. Ferguson St.
 Tyler, Texas 75702
 Tel/Fax: (888) 908-4400

*Former Counsel for Blue Spike LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **BLUE SPIKE, LLC,** <br> Plaintiff, <br><br> v. <br><br> **JUNIPER NETWORKS, INC.,** <br> Defendant. | **Case No. 5:18-cv-03392-BLF** <br><br> **NOTICE OF ATTORNEY'S CHARGING LIEN** |

**PLEASE TAKE NOTICE** that law firm of Garteiser Honea P.C. asserts an attorney's charging lien based upon legal services performed and costs incurred in connection with the representation of Plaintiff Blue Spike, LLC ("Blue Spike") in this action. The charging lien arises for the following reasons:

1. GH acted as counsel of record for Plaintiff in this action since January 6, 2017.

2. In this action, Plaintiff asserts that the Defendant infringes the Patents-in-Suit.

3. Plaintiff and GH entered into a written engagement agreement pursuant to which GH agreed to vigorously pursue all viable claims on behalf of the Plaintiff (the "Engagement Agreement"). In the Engagement Agreement, Plaintiff agreed that GH would recover its reasonable fees and expenses through contingency and a reduced hourly wage out of any settlement or judgment obtained by the Plaintiff in this case.

4. Relying upon the Engagement Agreement, GH invested significant time and resources into pursuing Plaintiff's claims in this litigation.

5. Plaintiff has now provided notice of termination pursuant to the Engagement Agreement, and GH is working to facilitate substitution of counsel.

6. GH files this notice of charging lien solely to protect GH's rights with respect to the Engagement Agreement, and in so doing is not waiving GH's rights to bring claims for unpaid fees and expenses or other such claims against any party to this litigation including, but not limited to, any counsel that may hereafter appear on behalf of Plaintiff.

WHEREFORE, notice is hereby given to all interested or affected parties and persons of the attorney's charging lien against any recovery or proceeds obtained by Plaintiff as described herein.

Dated:   August 17, 2018              Respectfully submitted,

/s/ Randall T. Garteiser
Randall T. Garteiser
  California Bar No. 231821
  rgarteiser@ghiplaw.com
Christopher A. Honea
  California Bar No. 232473
  chonea@ghiplaw.com
**GARTEISER HONEA**
  119 W. Ferguson St., Tyler, Texas 75702
  Tel/Fax: (888) 908-4400

## CERTIFICATE OF SERVICE

I hereby certify I electronically submitted the foregoing document using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Randall Garteiser
Randall T. Garteiser