Jeffrey Francis Craft (SBN 147186)
jcraft@devlinlawfirm.com
Timothy Devlin (*pro hac vice to be filed*)
tdevlin@devlinlawfirm.com
James M. Lennon (*pro hac vice to be filed*)
jlennon@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1306 N. Broom St.,
1st Floor
Wilmington, DE 19806

Randall T. Garteiser
Texas Bar No. 24038912
rgarteiser@ghiplaw.com
Christopher A. Honea
Texas Bar No. 24059967
chonea@ghiplaw.com
GARTEISER HONEA, P.C.
119 W. Ferguson Street
Tyler, TX 75702
Tel/Fax: (888) 908-4400

Attorneys for Blue Spike, LLC

Alan M. Fisch (*pro hac vice*)
alan.fisch@fischllp.com
R. William Sigler (*pro hac vice*)
bill.sigler@fischllp.com
Jeffrey M. Saltman (*pro hac vice*)
jeffrey.saltman@fischllp.com
Kathleen Ryland (*pro hac vice*)
kathleen.ryland@fischllp.com
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Fourth Floor
Washington, DC 20015
(202) 362-3500

Ken K. Fung (SBN: 283854)
ken.fung@fischllp.com
FISCH SIGLER LLP
1250 Oakmead Parkway
Suite 210
Sunnyvale, CA 94085
(650) 362-8200

Avishai M. Toltzis (*pro hac vice pending*)
avi.toltzis@fischllp.com
FISCH SIGLER LLP
1140 Avenue of the Americas
Ninth Floor
New York, NY 10036
(202) 362-1772

Attorneys for Defendant Juniper Networks, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>     Plaintiff,<br><br>     v.<br><br>JUNIPER NETWORKS, INC,<br><br>     Defendant. | Case No. 5:18-cv-03392-BLF<br><br>**JOINT STIPULATION OF DISMISSAL** |

Plaintiff Blue Spike, LLC, on the one hand, and Defendant, Juniper Networks, Inc., on the other, have agreed to dismiss the claims, counterclaims, and causes of action between them.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Blue Spike, LLC stipulates to the dismissal with prejudice of all claims and causes of action asserted in this case against Juniper Networks, Inc., and Juniper Networks, Inc. stipulates to the dismissal with prejudice of all counterclaims and defenses asserted in this case against Blue Spike, LLC. The parties shall bear their own attorneys' fees, expenses, and costs.

| | |
|---|---|
| Date: August 21, 2018 | Respectfully submitted, |
| /s/ *Jeffrey Francis Craft* <br> Jeffrey Francis Craft (SBN 147186) <br> jcraft@devlinlawfirm.com <br> Timothy Devlin (*pro hac vice to be filed*) <br> tdevlin@devlinlawfirm.com <br> James M. Lennon (*pro hac vice to be filed*) <br> jlennon@devlinlawfirm.com <br> DEVLIN LAW FIRM LLC <br> 1306 N. Broom St., <br> 1st Floor <br> Wilmington, DE 19806 | /s/ *Alan M. Fisch (with permission)* <br> Alan M. Fisch (*pro hac vice*) <br> alan.fisch@fischllp.com <br> R. William Sigler (*pro hac vice*) <br> bill.sigler@fischllp.com <br> Jeffrey M. Saltman (*pro hac vice*) <br> jeffrey.saltman@fischllp.com <br> Kathleen Ryland (*pro hac vice*) <br> kathleen.ryland@fischllp.com <br> FISCH SIGLER LLP <br> 5301 Wisconsin Avenue NW <br> Fourth Floor <br> Washington, DC 20015 <br> (202) 362-3500 |
| Randall T. Garteiser <br> Texas Bar No. 24038912 <br> rgarteiser@ghiplaw.com <br> Christopher A. Honea <br> Texas Bar No. 24059967 <br> chonea@ghiplaw.com <br> GARTEISER HONEA, P.C. <br> 119 W. Ferguson Street <br> Tyler, TX 75702 <br> Tel/Fax: (888) 908-4400 <br><br> Attorneys for Blue Spike, LLC | Ken K. Fung (SB 283854) <br> ken.fung@fischllp.com <br> FISCH SIGLER LLP <br> 1250 Oakmead Parkway <br> Suite 210 <br> Sunnyvale, CA 94085 <br> (650) 362-8200 <br><br> Avishai M. Toltzis (*pro hac vice pending*) <br> avi.toltzis@fischllp.com <br> FISCH SIGLER LLP <br> 1140 Avenue of the Americas <br> Ninth Floor <br> New York, NY 10036 <br> (202) 362-1772 <br><br> Attorneys for Defendant Juniper Networks, Inc. |